ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| BENNIE WALKER, | ) |
| Plaintiff, | ) |
| v. | ) CV 314-064 |
| JOSE MORALES, Warden; | ) |
| BRAD HOOKS, Warden; | ) |
| LARRY BUTTS, Warden of Security; | ) |
| TIMOTHY JONES, Warden of C/T; | ) |
| and PAULA CUNCAN, Captain of Security, | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiff's request to proceed *in forma pauperis* (doc. no. 2), **DENIES AS MOOT** Plaintiff's motion to appoint counsel (doc. no. 3), and **DISMISSES** this action without prejudice. If Plaintiff wishes to proceed with the claims raised in this lawsuit, he must initiate a new lawsuit by filing a new complaint. Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002) (*per curiam*).

SO ORDERED this ___ day of August, 2014, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE